# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,         )
                                  )
       Plaintiff,              )
                                  )
v.                                )  2:13-CR-223-JAD-(PAL)
                                  )
SAMUEL ONTIVEROS,                 )
                                  )
       Defendant.              )

## FINAL ORDER OF FORFEITURE

On August 13, 2014, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant SAMUEL ONTIVEROS to the criminal offense, forfeiting the property set forth in the Forfeiture Allegation of the Indictment and shown by the United States to have the requisite nexus to the offense to which defendant SAMUEL ONTIVEROS pled guilty. Indictment, ECF No. 1; Change of Plea, ECF No. 36; Plea Agreement, ECF No. 38; Preliminary Order of Forfeiture, ECF No. 40.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 11, 2014, through October 10, 2014, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 42.

. . .

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. a Glock model 26 9mm semi-automatic pistol, serial number PTF986; and
2. any and all ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 13th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I, Mary Stolz, Forfeiture Support Associates Paralegal, certify that the following individual was served with a copy of the Final Order of Forfeiture on November 13, 2014, by the below identified method of service:

<u>Electronic Filing</u>

William C. Carrico
Federal Public Defender
411 E. Bonneville, Suite 250
Las Vegas, NV 89101
William_carrico@fd.org
Counsel for Samuel Ontiveros

/s/ Mary Stolz
Mary Stolz
Forfeiture Support Associates Paralegal